UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

HOWARD COHAN,

    Plaintiff,

                                        CASE NO.: 6:22-cv-00368-CEM-EJK

vs.

COCOA BEACH MOTEL, INC.
a Florida Profit Corporation
d/b/a RADISSON RESORT AT THE PORT

    Defendant(s).
_____/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

The Plaintiff, HOWARD COHAN and the Defendant, COCOA BEACH MOTEL, INC., a Florida Profit Corporation, d/b/a RADISSON RESORT AT THE PORT, (the Parties) hereby stipulate that (1) the Parties have settled this action; (2) Plaintiff voluntarily dismisses this action with prejudice against COCOA BEACH MOTEL, INC., a Florida Profit Corporation, d/b/a RADISSON RESORT AT THE PORT; and (3) the Parties shall bear their own costs and fees except as provided for in the Parties' Settlement Agreement.

RESPECTFULLY SUBMITTED April 7, 2022.

| | |
|---|---|
| By: **/s/ Gregory S. Sconzo** | **By: /s/ Thomas Kevin Knight** |
| Gregory S. Sconzo, Esq. | **Thomas Kevin Knight, Esq.** |
| Florida Bar No.: 0105553 | Fla Bar No: 318892 |
| Sconzo Law Office, P.A. | deBeaubien, Simmons, Knight, |
| 3825 PGA Boulevard, Suite 207 | Mantzaris & Neal, LLP |
| Palm Beach Gardens, FL 33410 | 332 N. Magnolia Avenue |
| Telephone: (561) 729-0940 | Orlando, FL  32801 |

1

Facsimile: (561) 491-9459
Email: greg@sconzolawoffice.com
Email: samantha@sconzolawoffice.com
Email: alexa@sconzolawoffice.com
Attorney for Plaintiff

Direct: (407) 992-3520
Asst: (407) 992-3559
Main: (407) 422-2454
Fax No: (407) 422-0970
TKKPleadings@DSKLawGroup.com
KKnight@DSKLawGroup.com
ABennett@DSKLawGroup.com
Attorneys For COCOA BEACH MOTEL

### **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 7, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

       **/s/ Gregory S. Sconzo**
       **Gregory S. Sconzo, Esq.**